**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>LA CRESCENTA FOOTHILL, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>   Defendant. | Case No. CV 21-795-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [30]** |

After consideration of the parties' joint stipulation to dismiss the action, and good cause appearing, the Court hereby dismisses with prejudice the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED:  February 4, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE